UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LLEWELLYN S. GEORGE,<br><br>       Plaintiff,<br><br>  -against-<br><br>CITY OF WHITE PLAINS; JOANN FRIIA,<br><br>       Defendants. | 21-CV-7857 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued September 22, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's (PLRA) "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff is barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless the allegations bring the complaint within the terms of the PLRA's "imminent danger" exception. *See id*.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 22, 2021
     New York, New York

                /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
              Chief United States District Judge